UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JIMARIO DEJUAN SULLIVAN, )
     Petitioner, )
            ) No. 2:20-cv-47
-v- )
            ) Honorable Paul L. Maloney
MIKE BROWN, )
     Respondent. )
            )

## JUDGMENT

The Court denied Jimario Sullivan's § 2254 petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 26, 2020            /s/ Paul L. Maloney
                        Paul L. Maloney
                        United States District Judge